

# Fourth Court of Appeals
## San Antonio, Texas

March 25, 2020

No. 04-20-00144-CV

**IN RE THE GEO GROUP, INC.**

Original Mandamus Proceeding[1]

**ORDER**

On March 13, 2020, relator filed a petition for writ of mandamus and a motion for temporary relief. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Relator's motion for temporary relief is denied as moot.

It is so **ORDERED** on March 25, 2020.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of March, 2020.

Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018CI16343, styled *Human Rights Defense Center v. The GEO Group, Inc.*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable Angelica Jimenez presiding.